JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| CALVIN GEORGE DIXON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,<br><br>Respondents. | Case No. 5:26-cv-05052-DFM<br><br>JUDGMENT |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus issued on September 15, 2026,

IT IS ADJUDGED that the Petition is GRANTED in part. Respondents shall release Petitioner Calvin George Dixon (A# 256-048-733) from custody. All other requests for relief are DENIED. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: September 18, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge